UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGAN MILITELLO, as administrator of the Estate of Elizabeth Militello on behalf of herself and all others similarly situated,

                      Plaintiffs,

v.

CLIENT SERVICES, INC, *et al.*,

                      Defendants.

20-CV-7805 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

      For the reasons stated on the record at the Oral Argument on October 6, 2021, the Court certifies the Proposed Class for settlement purposes and appoints Joseph K. Jones, Esq. and Benjamin J Wolf, Esq. as Class Counsel. The Court denies without prejudice Preliminary Approval of the Class Action Settlement Agreement. The Parties are to submit supplemental materials addressing the deficiencies that the Court outlined during Oral Argument by no later than October 14, 2021. The Clerk of the Court is respectfully directed to terminate the pending Motion. (Dkt. No. 34).

      SO ORDERED.

Dated:  October 7, 2021
          White Plains, New York

                                                  KENNETH M. KARAS
                                                  United States District Judge